UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBIN KARNO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7117** |
| **FORD MOTOR CREDIT, ET AL.** | **SECTION "L" (4)** |

## ORDER & REASONS

Considering *pro se* Plaintiff Robin Karno's attempt to file a Motion to Annul Counter Claimant Ford Motor Company's Motion for Default Judgment on behalf of WUQI Way, LLC, R. Docs. 63 and 65;

**IT IS HEREBY ORDERED** that Ms. Karno shall have **one month** from the date of the issuance of this order to retain counsel to represent WUQI Way, LLC to challenge the aforementioned default motion. As noted by this Court's Notice of Deficient Filing, R. Doc. 66, 28 U.S.C. § 1654 precludes a corporate entity from appearing through a lay person. Instead, a corporate entity must be represented by an attorney qualified to practice before this Court. Failure to timely comply with this order will result in the Court moving forward with the pending default.

New Orleans, Louisiana, this 31st day of July, 2025.

_____
United States District Judge

Cc: Ms. Robin Karno
1031 Hawk Crest Lane
Ellington, MO 63638