**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ROBIN KARNO** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 23-7117** |
| **FORD MOTOR CREDIT CO., LLC, ET AL.** | * | **SECTION L (5)** |

**ORDER & REASONS**

Before the Court is a Motion for Summary Judgment filed by Counter-claimant Ford Motor Credit Company, LLC ("Ford Credit") against Counter-defendant Robin Karno ("Karno"). R. Doc. 75. Ford Credit seeks summary judgment in its favor on its counterclaims against Karno.[1] R. Doc. 75-2 at 1. Karno did not file an opposition. Having considered Ford Credit's arguments in light of the applicable law and record facts, the Court will GRANT Ford Credit's Motion. The Court has already entered default judgment against WUQI Way, LLC ("WUQI") in the amount of $73,722.06, plus judicial interest, based on WUQI's failure to pay Ford Credit as required by the subject Vehicle Installment Contract. R. Doc. 72; *see also* R. Doc. 75-5. Ford Credit has shown that Karno agreed to act as a guarantor for WUQI's purchase under that contract. *Id.* at 6. Accordingly;

**IT IS ORDERED** that Ford Credit's Motion, R. Doc. 75, is **GRANTED** and that judgment be and hereby is rendered in favor of Ford Motor Credit Company, LLC and against Robin Karno in the amount of $73,722.06, plus judicial interest from the date of this Judgment and until paid in

---

[1] Ford Credit also seeks summary judgment on Karno's claims against it. However, the Court has already dismissed those claims. R. Doc. 77.

1

full.

New Orleans, Louisiana, this 24th day of March, 2026.

_____

United States District Judge
